IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSHUA FLOOD**  PLAINTIFF

v.  CASE NO. 4:24-CV-00127-BSM

**L'OREAL USA PRODUCTS, INC.**  DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 13th day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE